State Farm Indem. Co. v Parking Sys. Valet Serv. (2021 NY Slip Op
50182(U))

[*1]

State Farm Indem. Co. v Parking Sys. Valet Serv.

2021 NY Slip Op 50182(U) [70 Misc 3d 144(A)]

Decided on March 5, 2021

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on March 5, 2021
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : MICHELLE WESTON, J.P., WAVNY TOUSSAINT, DONNA-MARIE E.
GOLIA, JJ

2017-1397 Q C

State Farm Indemnity Co., as Subrogee of
Yvonne Severini, Respondent, 
against
Parking Systems Valet Service and Cusimano Russo Funeral Home,
Appellants. 

Stephen David Fink, Esq., for appellants.
Law Offices of Serpe, Andree & Kaufman (Jonathan H. Kaufman of counsel), for
respondent.

Appeal from an order of the Civil Court of the City of New York, Queens County (Richard
G. Latin, J.), entered May 12, 2017. The order granted plaintiff's motion for summary judgment
on the issue of liability. Justice Toussaint and Justice Golia have been substituted for Justice
Pesce and Justice Siegal.

ORDERED that the appeal is dismissed. 
In this subrogation action to recover insurance benefits plaintiff had paid to its subrogor for
damages caused to the subrogor's vehicle, plaintiff moved for summary judgment as to liability,
which motion defendants opposed. Defendants appeal from an order of the Civil Court entered
May 12, 2017 granting plaintiff's motion. 
Neither appellant remains aggrieved by, and therefore no appeal lies from, so much of the
May 12, 2017 order as granted the branch of plaintiff's motion seeking summary judgment as
against Cusimano Russo Funeral Home on the issue of liability, as that part of the order was
superseded by an order entered August 15, 2017 which, insofar as is relevant here, upon
reargument, denied that branch of plaintiff's motion, which was opposed by both defendants
(cf. CPLR 5517). In any event, the right of direct appeal from the entire May 12, 2017
order terminated with the entry of a judgment on October 31, 2018 (see Matter of Aho,
39 NY2d 241 [1976]). 
Accordingly, the appeal is dismissed. 
The decision and order of this court dated December 7, 2018 (61 Misc 3d 155[A], 2018 NY
Slip Op 51827[U]) is hereby recalled and vacated (see decision and order on motion
issued simultaneously herewith).
WESTON, J.P., TOUSSAINT and GOLIA, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: March 5, 2021